UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-60564-RAR

**TERRANCE FRAZIER**,

    Plaintiff,

v.

**KEOLIS TRANSIT AMERICA, INC.**,

    Defendant.

_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Voluntary Dismissal [ECF No. 6], filed on April 26, 2021. Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*. The Clerk is directed to **CLOSE** the case. Any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of April, 2021.

*[signature]*

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**